**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| | ) | |
| Wilford W. Stargel | ) | Case No: 13 C 7575 |
| | ) | |
| v. | ) | Judge: John W. Darrah |
| | ) | |
| The Nutrasweet Co et al | ) | |
| | ) | |

## ORDER

Status hearing and ruling on motion hearing held. For the reasons stated in the attached memorandum opinion and order, Defendants' Motion to Dismiss [8] is granted with respect to Count I and denied with respect to Counts II and III. Enter Memorandum Opinion and Order. Answer to Counts II and III by 5/23/14. Rule 26(a)(1) disclosures to be exchanged by 5/23/14. Status hearing set for 6/10/14 at 9:30 a.m.

(T:) 00:05

Date: 4/24/14                                                          /s/ Judge John W. Darrah